JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
State of New York, et al.

**DEFENDANTS**
Eugene Scalia, in his official capacity as Secretary of the United States Department of Labor, et al.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
See attached addendum

**ATTORNEYS (IF KNOWN)**

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
DOL Final Rule violates the Administrative Procedure Act, 5 U.S.C. § 706(2)(A).

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)   **NATURE OF SUIT**

**TORTS**  **ACTIONS UNDER STATUTES**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE

[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[x] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [x] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [X] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
See attached addendum

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
Eugene Scalia, in his official capacity as Secretary of the United States Department of Labor
United States Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS    [X] MANHATTAN

DATE 2/26/2020   SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
RECEIPT #    [ ] NO
   [X] YES (DATE ADMITTED Mo. 05 Yr. 2005 )
Attorney Bar Code # JRU-1969

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

*Civil Cover Sheet Attachment*

| | |
|---|---|
| *Plaintiffs*<br>STATE OF NEW YORK<br>COMMONWEALTH OF PENNSYLVANIA<br>STATE OF CALIFORNIA<br>STATE OF COLORADO<br>STATE OF DELAWARE<br>DISTRICT OF COLUMBIA<br>STATE OF ILLINOIS<br>STATE OF MARYLAND<br>COMMONWEALTH OF MASSACHUSETTS<br>STATE OF MICHIGAN<br>STATE OF MINNESOTA<br>STATE OF NEW JERSEY<br>STATE OF NEW MEXICO<br>STATE OF OREGON<br>STATE OF RHODE ISLAND<br>STATE OF VERMONT<br>COMMONWEALTH OF VIRGINIA<br>STATE OF WASHINGTON | |
| | LETITIA JAMES<br>*Attorney General of the State of New York*<br><br>By: */s/ Julie R. Ulmet*<br>Matthew Colangelo<br>   *Chief Counsel for Federal Initiatives*<br>Julie R. Ulmet<br>   *Deputy Bureau Chief, Labor Bureau*<br>Ming-Qi Chu<br>Seth Kupferberg,<br>   *Section Chiefs, Labor Bureau*<br>Jessica Agarwal<br>Michael O'Keefe Cowles<br>Fiona Kaye<br>   *Assistant Attorneys General*<br><br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8681<br>Julie.Ulmet@ag.ny.gov<br><br>*Attorneys for the State of New York* |

JOSH SHAPIRO
*Attorney General of the Commonwealth of Pennsylvania*
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2704
*Attorneys for the Commonwealth of Pennsylvania*

XAVIER BECERRA
*Attorney General of the State of California*
California Department of Justice
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9145
*Attorneys for the State of California*

KATHLEEN JENNINGS
*Attorney General of the State of Delaware*
Delaware Department of Justice
820 N. French Street
Wilmington, DE  19801
302-577-8600
*Attorneys for the State of Delaware*

KWAME RAOUL
*Attorney General of the State of Illinois*
Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 793-3895
*Attorneys for the State of Illinois*

MAURA HEALEY
*Attorney General of the Commonwealth of Massachusetts*
Office of Attorney General Maura Healey
1 Ashburton Place
Boston, MA 02108
(617) 727-2200, extension 2330
*Attorneys for the Commonwealth of Massachusetts*

LETITIA JAMES
*Attorney General of the State of New York*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8681
*Attorneys for the State of New York*

PHILIP J. WEISER
*Attorney General of the State of Colorado*
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
*Attorneys for the State of Colorado*

KARL A. RACINE
*Attorney General for the District of Columbia*

Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
Suite 630S
Washington, DC 20001
(202) 724-6610
*Attorneys for the District of Columbia*

BRIAN E. FROSH
*Attorney General of the State of Maryland*
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-7906
*Attorneys for the State of Maryland*

DANA NESSEL
*Attorney General of the State of Michigan*
Michigan Attorney General
Labor Division – Payroll Fraud Enforcement Unit
PO Box 30736
Lansing, MI  48909
(517) 335-1950
*Attorneys for the State of Michigan*

KEITH ELLISON
*Attorney General of the State of Minnesota*
Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
(651) 757-1330
*Attorneys for the State of Minnesota*

HECTOR BALDERAS
Attorney General of the State of New Mexico
New Mexico Attorney General
PO Drawer 1508
Santa Fe, New Mexico 87504-1508
(505) 490-4060
*Attorneys for the State of New Mexico*

PETER F. NERONHA
*Attorney General of the State of Rhode Island*
Rhode Island Office of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2007
*Attorneys for State of Rhode Island*

MARK R. HERRING
*Attorney General of the Commonwealth of Virginia*
Office of the Attorney General
202 N. Ninth Street
Richmond, Virginia 23219
(804) 786-1068
us
*Attorneys for the Commonwealth of Virginia*

GURBIR S. GREWAL
*Attorney General of the State of New Jersey*
New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-9643
*Attorneys for the State of New Jersey*

ELLEN F. ROSENBLUM
*Attorney General of the State of Oregon*
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
*Attorneys for the State of Oregon*

THOMAS J. DONOVAN, JR.
*Attorney General of Vermont*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-5500
*Attorneys for the State of Vermont*

ROBERT W. FERGUSON
*Attorney General of Washington*

Office of the Washington Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 326-5492
*Attorneys for the State of Washington*