AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-1689 |
| Eugene Scalia et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania                                                                          .

Date:     02/26/2020

/s/ Nancy A. Walker
*Attorney's signature*

Nancy A. Walker, Pa. ID No. 66816; NY No. 4352878
*Printed name and bar number*
PA Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

*Address*

nwalker@attorneygeneral.gov
*E-mail address*

(215) 560-2704
*Telephone number*

(215) 560-2494
*FAX number*