AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01689 |
| Eugene Scalia et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date:   02/26/2020

/s/ Fiona J. Kaye
*Attorney's signature*

Fiona J. Kaye (FK3744)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street
New York, NY  10005
*Address*

Fiona.Kaye@ag.ny.gov
*E-mail address*

(212) 416-8036
*Telephone number*

(212) 416-8139
*FAX number*