AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-1689 |
| Scalia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date: 02/26/2020

/s/ Matthew Colangelo
*Attorney's signature*

Matthew Colangelo (MC-1746)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
*Address*

matthew.colangelo@ag.ny.gov
*E-mail address*

(212) 416-6057
*Telephone number*

*FAX number*