UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,
COMMONWEALTH OF PENNSYLVANIA,
STATE OF CALIFORNIA, STATE OF
COLORADO, STATE OF DELAWARE,
DISTRICT OF COLUMBIA, STATE OF
ILLINOIS, STATE OF MARYLAND,
COMMONWEALTH OF MASSACHUSETTS,
STATE OF MICHIGAN, STATE OF
MINNESOTA, STATE OF NEW JERSEY,
STATE OF NEW MEXICO, STATE OF
OREGON, STATE OF RHODE ISLAND,
STATE OF VERMONT, COMMONWEALTH
OR VIRGINIA, and STATE OF
WASHINGTON,

      Plaintiffs,

v

EUGENE SCALIA, *in his official capacity as Secretary of State of the United States Department of Labor,* UNITED STATES DEPARTMENT OF LABOR, and UNITED STATES OF AMERICA,

      Defendants.
_____/

Civil Action No. 20-cv-1689

**ORDER FOR ADMISSION PRO HAC VICE**

HONORABLE GREGORY H. WOODS

    The motion of Zachary A. Risk, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Michigan; and that his contact information is as follows:

    Applicant's Name:  Zachary A. Risk, AAG
    Firm Name:  Michigan Department of Attorney General
    Address:  Labor Division, P.O. Box 30736
    City/State/Zip:  Lansing, MI 48909
    Telephone/Fax:  (517) 335-1950; (517) 241-7987

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Michigan in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District/Magistrate Judge