```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STATE OF NEW YORK, COMMONWEALTH
OF PENNSYLVANIA, STATE OF
CALIFORNIA, STATE OF COLORADO,
STATE OF DELAWARE, DISTRICT OF
COLUMBIA, STATE OF ILLINOIS, STATE
OF MARYLAND, COMMONWEALTH OF
MASSACHUSETTS, STATE OF MICHIGAN,
STATE OF MINNESOTA, STATE OF NEW
JERSEY, STATE OF NEW MEXICO, STATE
OF OREGON, STATE OF RHODE ISLAND,
STATE OF WASHINGTON, STATE OF
VERMONT, and COMMONWEALTH OF
VIRGINIA,

                         Plaintiffs,

            -against-

EUGENE SCALIA, Secretary of the United States
Department Of Labor, UNITED STATES
DEPARTMENT OF LABOR, and UNITED
STATES OF AMERICA,

                         Defendants.
-----------------------------------------------------------------X

1:20-cv-01689-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 10, 2020, several parties moved to intervene in this case. Dkt Nos. 76-78.

Plaintiffs are directed to respond no later than June 18, 2020. Any reply is due no later than June 23, 2020.

       SO ORDERED.

Dated: June 11, 2020

                                                             GREGORY H. WOODS
                                                  United States District Judge