UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

                Plaintiffs,

    v.                                    1:20-cv-01689-GHW

EUGENE SCALIA, et al.,

                Defendants.

## DECLARATION OF FIONA J. KAYE

Fiona J. Kaye, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' memorandum in support of their motion for summary judgment.

Attached to this Declaration are true and correct copies of the following numbered exhibits:

1.     Comment of the American Federation of Labor and Congress of Industrial Organizations (June 25, 2019).

2.     Comment of the Center for Law and Social Policy (June 25, 2019).

3.     Comment of the Economic Policy Institute (June 25, 2019).

4.     Comment of Farmworker Justice, United Farm Workers, and PCUN (June 25, 2019).

5.     Comment of Greater Boston Legal Services (June 25, 2019).

6.     Comment of the Low Wage Worker Legal Network (June 25, 2019).

7.     Comment of Massachusetts State Legislators (June 25, 2019).

1

8. Comment of the National Employment Law Project (June 25, 2019).

9. Comment of the National Employment Lawyers Association (June 25, 2019).

10. Comment of the National Women's Law Center (June 25, 2019).

11. Comment of the North Carolina Justice Center (June 25, 2019).

12. Comment of the Service Employees International Union (June 25, 2019).

13. Comment of Southern Migrant Legal Services (June 25, 2019).

14. Comment of State Attorneys General (June 25, 2019).

15. Comment of the United Brotherhood of Carpenters and Joiners of America (June 21, 2019).

16. 81 Cong. Rec. 7921 (1937).

17. *Joint Hearings Before the S. Comm. on Educ. and Labor and the H. Comm. on Labor on S. 2475 and H.R. 7200*, 75th Cong. Part 1 (June 2 to June 5, 1937).

18. S. Rep. No. 75–884 (1937).

Dated: June 22, 2020

*/s/ Fiona J. Kaye*
Fiona J. Kaye
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8036
fiona.kaye@ag.ny.gov

*Attorney for the Plaintiffs*