## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, STATE OF VERMONT, and COMMONWEALTH OF VIRGINIA,

                Plaintiffs,                        20 **CIVIL** 1689 (GHW)

      -against-                                **<u>JUDGMENT</u>**

EUGENE SCALIA, Secretary of the United States Department Of Labor, UNITED STATES DEPARTMENT OF LABOR, and UNITED STATES OF AMERICA,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 8, 2020, the parties' cross motions for summary judgment are granted in part and denied in part; The Department's novel interpretation for vertical joint employer liability conflicts with the FLSA and is arbitrary and capricious; But the Department's non-substantive revisions to horizontal joint employer liability are severable, so 29 C.F.R. § 791.2(e) remains in effect. The Court vacates the rest of the revised 29 C.F.R. § 791.2; judgment is granted to Plaintiffs in part and Defendants in part.; accordingly, this case is closed.

**Dated:**  New York, New York
September 8, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
**BY:**  *[signature: David J. Thomas]*
                                                **Deputy Clerk**