# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al*, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 20-cv-1689 (GHW) |
| EUGENE SCALIA, *et al*, | ) |
| Defendants, | ) |
| INTERNATIONAL FRANCHISE ASSOCIATION, *et al*, | ) |
| Defendant-Intervenors. | ) |

## DEFENDANT-INTERVENORS' NOTICE OF APPEAL

Notice is hereby given this 6th day of November, 2020, that Defendant-Intervenors International Franchise Association, Chamber of Commerce of the United States of America, HR Policy Association, National Retail Federation, Associated Builders and Contractors, and American Hotel and Lodging Association hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment of this court entered on the 8th day of September, 2020 in favor of the Plaintiffs. (ECF Nos. 135, 136).

November 6, 2020

*/s/Maurice Baskin*
Eli Freedberg (Bar No. 4175816)
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone: (212) 583-9600
Facsimile: (2120 832-2719
efreedberg@littler.com

Maurice Baskin (pro hac vice)
Littler Mendelson, P.C.
815 Connecticut Ave., NW, Ste. 400
Washington, D.C., 2006
Telephone: (202) 842-3400
Facsimile: (202) 842-0011
mbaskin@littler.com

*Counsel for All Defendant-Intervenors*

Steven P. Lehotsky
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
(202) 463-5346 (fax)
slehotsky@uschamber.com

*Counsel for Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, a copy of the foregoing Notice of Appeal was filed electronically via the Court's ECF system, which effects service upon counsel of record.

/s/Maurice Baskin
Maurice Baskin