USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, STATE OF VERMONT, and COMMONWEALTH OF VIRGINIA,

Plaintiffs,

-against-

MARTIN J. WALSH, Secretary of the United States Department Of Labor, UNITED STATES DEPARTMENT OF LABOR, UNITED STATES OF AMERICA,

Defendants,

INTERNATIONAL FRANCHISE ASSOCIATION, THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, HR POLICY ASSOCIATION, NATIONAL RETAIL FEDERATION, ASSOCIATED BUILDERS AND CONTRACTORS, AMERICAN LODGING AND HOTEL ASSSOCIATION,

Intervenors.

1:20-cv-1689-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 29, 2021, the Second Circuit Court of Appeals remanded this action to the Court with a direction to dismiss it as moot. *See* Dkt. No. 141.

Accordingly, the Court hereby dismisses this action as moot.

SO ORDERED.

Dated: October 29, 2021
New York, New York

GREGORY H. WOODS
United States District Judge